IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

  vs.                          : CASE NO: CR-1-01-41
                                   : JUDGE DLOTT

**WALID KAYROUZ,**

        Defendant.

### PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO REMIT FINE

    Now comes Plaintiff, United States of America, and pursuant to 18 § 3573 of the Federal Rules of Criminal Procedure, moves this Court for an Order remitting Defendant's Fine and Special Assessment due to the fact that the Defendant was deported to Lebanon on July 16, 2003 as evidenced by a printout from the United States Immigration and Naturalization's Deportable Alien Control System attached hereto as "Exhibit A". Based upon this information, it is unlikely the United States will ever be in position to enforce collection of the unpaid fine ordered in this case.

                                   Respectfully submitted,

                                   GREGORY G. LOCKHART
                                   United States Attorney

                                   s/ Deborah F. Sanders
                                   DEBORAH F. SANDERS (0043575)
                                   Assistant United States Attorney
                                   303 Marconi Blvd, Suite 200
                                   Columbus, Ohio 43215
                                   (614) 469-5715

N:\_ECF Workload\DSanders\Kayrouz - Mot to remit.wpd