IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO.   CR-1-01-41 |
| WALID KAYROUZ, | : JUDGE DLOTT |
| Defendant. | : |

ORDER TO REMIT FINE

Pursuant to 18 § 3573 of the Federal Rules of Criminal Procedure, the Court orders that the Fine imposed October 18, 2001 shall be remitted due to the fact that the Defendant was deported to Lebanon.

IT IS ORDERED that the unpaid balance of the Fine imposed October 18, 2001 be remitted.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE